UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Teresa A. Larsen; Bruce M. Larsen<br><br>*Debtor(s),* | Chapter 13<br><br>Case No. 11-16838<br><br>Judge Donald R. Cassling |

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT RULE 3002.1

NOW COMES Wells Fargo Bank, N.A., by and through its attorney, McCalla Raymer Pierce, LLC. and respectfully moves this Court to allow it to withdraw the Response to Notice of Final Cure Payment Rule 3002.1 filed on June 8, 2016.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Dana O'Brien
Dana O'Brien ARDC#6256415

McCalla Raymer Pierce, LLC.
Attorneys for Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088
(312) 551-4400 (fax)
**Bankruptcy Department**
bk@atty-pierce.com
File No. 99-8901

File No. 99-8901

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Teresa A. Larsen; Bruce M. Larsen

*Debtor(s),*

Chapter 13

Case No. 11-16838

Judge Donald R. Cassling

## CERTIFICATE OF SERVICE

TO: SEE ATTACHED ADDRESSES

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of the attached Notice to the Addresses attached by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on July 7, 2016 with proper postage prepaid.

/s/ Dana O'Brien
Dana O'Brien ARDC#6256415

1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088
File No.: 99-8901

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. 99-8901

## SERVICE LIST

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, IL 60532
**by Electronic Notice through ECF**

To Debtor:
Teresa A. Larsen, and Bruce M. Larsen
1174 Harwich Dr.
Carol, IL 60188

11707 Rose Tree Dr.
New Port Richey, FL 34654
**by U.S. Mail**

To Attorney:
Kathleen Vaught
600 West Roosevelt, Suite B1
Wheaton, IL 60187
**by Electronic Notice through ECF**

McCalla Raymer Pierce, LLC.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

File No.  99-8901