UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>BRUCE M. LARSEN<br>and<br>TERESA A. LARSEN<br><br>Debtor(s) | BK No.: 11-16838<br><br>Chapter: 13<br>Honorable Donald R. Cassling<br>Kane |

### ORDER REGARDING MOTION TO STRIKE
### WELLS FARGO BANK'S RESPONSE TO NOTICE OF FINAL CURE PAYMENT

THIS CAUSE coming to be heard on Debtors' BRUCE M. LARSEN and TERESA A. LARSEN's Motion to Strike Response to Notice of Final Cure Payment of Wells Fargo Bank, due notice having been given to all parties entitled thereto and the Court being duly advised as to the premises:

Wells Fargo Bank, N.A.'s Response to Notice of Final Cure Payment has been withdrawn.

Further, it is hereby ordered that Wells Fargo Bank, N.A. file a Response that there is no deficiency owed by Debtors.

Enter:

Dated: 2 2 JUL 2016

*Donald R. Cassling*
United States Bankruptcy Judge

Prepared by:
Kathleen Vaught, P.C., #2892790
Attorney for Debtors
600 W. Roosevelt Rd., Suite B-1
Wheaton, IL 60187
Tel: (630) 871-9100
Fax: (630) 871-9200

Rev: 20151029_bko